AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia ▼

| | |
|---|---|
| SAREGAMA INDIA, LTD <br> *Plaintiff* <br> v. <br> SUBRAMIAN AIYER, BHARATH AIYER et. al. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:09-cv-1581-TCB |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     09/07/2011    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 5/16/23

KEVIN P. WEIMER

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

**CERTIFICATION**
**CM/ECF DOCUMENT**
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: 09/07/2011

By: _____ /Deputy Clerk
Kevin P. Weimer, Clerk of Court

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SAREGAMA INDIA, LTD,

   Plaintiff,

vs.

SUBRAMANIAN AIYER, BHRATH AIYER, ANAND AIYER,
V. SUBRAMANIAN, S. DEVAKI,
Individually, d/b/a ASV Cyber Solutions, Inc. and MUSICINDIA ONLINE,

   Defendants.

CIVIL ACTION FILE

NO. 1:09-cv-1581-TCB

## DEFAULT JUDGMENT

The defendants SUBRAMANIAN AIYER, BHRATH AIYER and ANAND AIYER, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Timothy C. Batten, Sr., United States District Judge, by order of 9/6/11, having directed that judgment issue in favor of plaintiff and against the defendants , SUBRAMANIAN AIYER, BHRATH AIYER and ANAND AIYER,  it is hereby,

ORDERED AND ADJUDGED, that the plaintiff SAREGAMA INDIA, LTD, recover from the defendants SUBRAMANIAN AIYER, BHRATH AIYER and ANAND AIYER, jointly and severally, in the amount of $11,120,000.00, plus interest at the rate of .10% as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED, that defendants and all persons acting in concert with them are PERMANENTLY ENJOINED from (a) copying, reproducing, making available for interactive streaming, performing, promoting, advertising and distributing any of the songs, or Saregama's artwork, or performing any material that is substantially similar to the Masters and Songs listed by album in this Court's 9/6/11 Order;  (b) using the titles of motion pictures and/or sound recordings in

which Saregama owns the registered marks and/or trade names and/or Saregama's logos in any unauthorized manner which is likely to cause confusion, mistake or deception in connections with the distribution, advertising, promotion, and sale of Saregama's songs created and/or distributed by Saregama and administered by Saregama; and (c) attempting, causing or assisting any of the above actions to occur.

IT IS FURTHER ORDERED that any of Saregama's songs or artwork, as well as any means for producing the same, within defendants' possession or control are to be promptly delivered to Saregama's counsel, for destruction or other reasonable disposition.

Dated at Atlanta, Georgia this 7th day of September, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Janice Micallef
_____
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   September 7, 2011
James N. Hatten
Clerk of Court

By: /s/ Janice Micallef
_____
Deputy Clerk